Certificate Number: 16339-PAE-DE-038080145

Bankruptcy Case Number: 23-13802



16339-PAE-DE-038080145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2024, at 3:50 o'clock PM EST, Celine Finley completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 8, 2024         By:   /s/Kelley Tipton

                              Name: Kelley Tipton

                              Title: Certified Financial Counselor