Certificate Number: 16339-PAE-DE-038080145

Bankruptcy Case Number: 23-13802



16339-PAE-DE-038080145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2024</u>, at <u>3:50</u> o'clock <u>PM EST</u>, <u>Celine Finley</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 8, 2024</u>          By:     <u>/s/Kelley Tipton</u>

                                        Name:   <u>Kelley Tipton</u>

                                        Title:   <u>Certified Financial Counselor</u>